In the Matter of the Claim of JOHN T. McCULLA, Respondent, against AMERICAN LOCOMOTIVE COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— This case was before the court on a former appeal, and will be found in 237 Appellate Division, 300. After the case was remitted, the State Industrial Board reclassified claimant's injuries as permanent total disability (and that determination is supported by competent medical testimony) which the Board had the right to do under the amended legislation. The case being an open one, after reversal and remission to the Board, section 25-a of the Workmen's Compensation Law does not, therefore, apply. Award unanimously affirmed, with costs to the State Industrial Board. Present — Rhodes, McNamee, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of ELLA M. CROWNINSHIELD, Respondent, against BUCK PRODUCTIONS, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Evidence warrants a finding of reduced earnings. Employer's contention that injury is limited to left leg not sustained. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of ALICE M. WILSON, Appellant, v. E. A. ENSIGN and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— A nurse in a hospital had irritation on her hands claimed to be from using a light solution of lysol. Claim was denied on the ground that there was no credible evidence of causal relation. Decision unanimously affirmed. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of LEONA KOEHLER, Respondent, v. LINDEN DAIRY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Deceased employee, on October 18, 1933, while alighting from his automobile, injured his feet. Subsequently gangrene developed which caused his death. The State Industrial Board found on competent medical testimony that there was causal connection between injuries to the feet and the death. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of SALLY MALUKA, Appellant, against THE F. & W. GRAND-SILVER STORES and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Causal relation between alleged accident and the injury was a question of fact. The finding of the Board is final. Decision unanimously affirmed. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.